IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv636

| | |
|---|---|
| SEAN P. SMITH, | ) |
| Plaintiff | ) |
| | ) **ORDER** |
| v | ) |
| PETER S. GILCHRIST, III, | ) |
| Defendant. | ) |

**THIS CAUSE** coming on before the court pursuant to the court's review of the above entitled file. An examination of the file in this matter shows that counsel for the parties have failed to comply with LCvR 16.1(A)(B) in that the Certification of Initial Attorneys Conference has not been filed in this matter and the time for filing such certificate expired on March 16, 2011. As a result, the court will enter an order directing the parties to comply with LCvR 16.1 on or before April 1, 2011.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that counsel for the parties in this matter are ordered to comply with the provisions of LCvR 16.1(A)(B) on or before **APRIL 1, 2011.**

Signed: March 28, 2011

Dennis L. Howell
United States Magistrate Judge