# United States District Court
# For The Western District of North Carolina
# Charlotte Division

SEAN P. SMITH,

    Plaintiff(s),

vs.

PETER S. GILCHRIST, III,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-636-RJC-DLH

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 27, 2012 Order.

Signed: November 28, 2012

Frank G. Johns, Clerk
United States District Court